IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNNE THOMPSON,<br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDAL B. TODD, Individually;<br>ALLEGHENY COUNTY EXECUTIVE;<br>COURT OF COMMON PLEAS<br>ADMINISTRATOR OF THE COURTS;<br>PRESIDENT JUDGE OF COURT(S) OF<br>COMMON PLEAS,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 12-1188<br>) Judge Arthur J. Schwab<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 20th day of December, 2012, after the Plaintiff, Lynne Thompson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until December 6, 2012 to file written objections thereto, and plaintiff having filed objections to the report and recommendation which the Court finds to be without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis [1] is denied.

IT IS FURTHER ORDERED that Plaintiff pay the entire filing fee by December 30, 2012. Failure to pay the entire filing fee by December 30, 2012 will result in the Court,

without further warning, entering an orderd dismissing the case with prejudice for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Lynne Thompson
OT-0636
SCI Cambridge Springs
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238